IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

RADAMES MORALES ROSADO
YOLANDA ACOSTA GRANIELA

DEBTORS

CASE NUMBER: 16-01645-ESL

CHAPTER 7

**DEBTORS' MOTION CONCERNING AMENDMENT TO SCHEDULE "E/F"**

**TO THE HONORABLE COURT:**

**COME NOW, RADAMES MORALES ROSADO and YOLANDA ACOSTA GRANIELA,** debtors through his undersigned attorney Counsel, and very respectfully state and pray as follows:

1. The debtors hereby amend Schedule "E/F" to previously filed Schedule "E/F" docket no. 1, pursuant to Rule 1009 of the Federal Rules of Bankruptcy Procedure and local Bankruptcy Rule 1009-1, for the purpose of: <u>include unsecured claim, account no. x1649, from creditor IRS Department of the Treasury, PO Box 21126, Philadelphia PA 19114-0326, balance owed $5,462.49 (2005 Taxes) & $3,349.18 (2006 Taxes).</u>

**WHEREFORE,** the debtors pray that this Honorable Court take knowledge of said amendment and provide accordingly.

**NOTICE**

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

Page -2-
Debtors' Motion Concerning Amendment to Schedule "E/F"
Case no. 16-01645-ESL7

**CERTIFICATE OF SEVICE:** I hereby certify that on this date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends notification of such filing to all those who in this case have registered for receipt of notice by electronic mail, including the US Trustee's Office and the Trustee. I further certify that the foregoing has been served by depositing true and correct copies thereof in the United States Mail, postage prepaid, to none CM/ECF participants: debtors to their address of record; to the creditor affected by the amendment: _IRS Department of the Treasury, PO Box 21126, Philadelphia PA 19114-0326;_ and creditors and parties in interest as per the attached master address list.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 22nd day of April, 2016.

/s/Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186
CAGUAS PR 00726
TEL. NO. (787) 744-7699
FAX (787) 746-5294
EMAIL: rfigueroa@rfclawpr.com

**Fill in this information to identify your case:**

Debtor 1: RADAMES MORALES ROSADO

Debtor 2 (Spouse if, filing): YOLANDA ACOSTA GRANIELA

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number (if known): 3:16-bk-1645

■ Check if this is an amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?
   ☐ No. Go to Part 2.
   ■ Yes.

2. List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| 2.1 | **Internal Revenue Service**<br>Priority Creditor's Name | Last 4 digits of account number  1649 | $7,229.65 | $7,229.65 | $0.00 |

When was the debt incurred?

PO Box 21126
Philadelphia, PA 19114-0326
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Is the claim subject to offset?
■ No
☐ Yes

Taxes 2013-2014

### Part 2: List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ■ Yes.

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

Debtor 1 **MORALES ROSADO, RADAMES & ACOSTA**
Debtor 2 **GRANIELA, YOLANDA**

Case number (if know) **3:16-bk-1645**

---

**4.1**

**AA Efcu**
Nonpriority Creditor's Name

PO Box 619001
Dallas, TX 75261-9001
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number **0003**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify

$11,816.00

---

**4.2**

**AA Efcu**
Nonpriority Creditor's Name

PO Box 619001
Dallas, TX 75261-9001
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number **8598**

When was the debt incurred? **04/14/2011**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify

$5,335.00

---

**4.3**

**AA Efcu**
Nonpriority Creditor's Name

PO Box 619001
Dallas, TX 75261-9001
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number **0002**

When was the debt incurred? **04/13/2011**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify

$3,100.00

---

Debtor 1 MORALES ROSADO, RADAMES & ACOSTA
Debtor 2 GRANIELA, YOLANDA
Case number (if know) 3:16-bk-1645

| 4.4 | ABB Inc. | | |
|---|---|---|---|
| | Nonpriority Creditor's Name | Last 4 digits of account number 2164 | $22,403.00 |
| | | When was the debt incurred? 2011 | |
| | 221 Ponce De Leon Ave Suite 1203 | | |
| | San Juan, PR 00917 | | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | |

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Debtor is co-debtor. Principal is Rader Electrical Equipment, Inc.

| 4.5 | Accurate Solutions & Design | | |
|---|---|---|---|
| | Nonpriority Creditor's Name | Last 4 digits of account number 2164 | $31,630.20 |
| | | When was the debt incurred? 2010 | |
| | PO Box 3745 | | |
| | Mayaguez, PR 00681-3745 | | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | |

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Debtor is co-debtor. Principal is Rader Electrical Equipment, Inc.

| 4.6 | AKM MFG Inc | | |
|---|---|---|---|
| | Nonpriority Creditor's Name | Last 4 digits of account number 2164 | $56,500.00 |
| | Nannette Laguna Gonzalez, Esq. | When was the debt incurred? 2011 | |
| | Calle 4 Villa Nevarez #303 | | |
| | San Juan, PR 00927-3514 | | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | |

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Debtor is co-debtor. Principal is Rader Electrical Equipment, Inc.

Debtor 1 **MORALES ROSADO, RADAMES & ACOSTA**
Debtor 2 **GRANIELA, YOLANDA**
Case number (if know) **3:16-bk-1645**

---

**4.7 Att Services**
Nonpriority Creditor's Name

**PO Box 192830**
**San Juan, PR 00919-2830**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number **0083**
When was the debt incurred? **02/16/2011**

$1,047.00

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

---

**4.8 Banco Santander**
Nonpriority Creditor's Name

**PO Box 71504**
**San Juan, PR 00936-8604**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number **8223**
When was the debt incurred? **11/01/2012**

$16,095.00

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

---

**4.9 Banco Santander**
Nonpriority Creditor's Name

**PO Box 71504**
**San Juan, PR 00936-8604**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number **3026**
When was the debt incurred? **04/01/2015**

$16,095.00

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

---

Debtor 1 MORALES ROSADO, RADAMES & ACOSTA
Debtor 2 GRANIELA, YOLANDA
Case number (if know) 3:16-bk-1645

### 4.10 Caribbean Glaze Corporation
Nonpriority Creditor's Name

PO Box 366939
San Juan, PR 00936-6939
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number 2164
When was the debt incurred? 2013

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Debtor is co-debtor. Principal is Rader Electrical Equipment, Inc.

$7,891.25

### 4.11 Chipote Electrical Services Inc
Nonpriority Creditor's Name

HC 01 Box 2303
Morovis, PR 00687
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number 2164
When was the debt incurred? 2015

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Debtor is co-debtor. Principal is Rader Electrical Equipment, Inc.

$6,206.00

### 4.12 Claro
Nonpriority Creditor's Name

PO Box 360998
San Juan, PR 00936-0998
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number 8873
When was the debt incurred? 10/12/2001

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify

$79.00

Debtor 1 **MORALES ROSADO, RADAMES & ACOSTA**
Debtor 2 **GRANIELA, YOLANDA**

Case number (if know) **3:16-bk-1645**

---

**4.13**

**Coro Pumps & Controls Corp**
Nonpriority Creditor's Name

**PO Box 260938**
**Pembroke Pines, FL 33026-7938**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number  **2164**

When was the debt incurred?  **2013**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Debtor is co-debtor. Principal is Rader Electrical Equipment, Inc.**

$13,768.87

---

**4.14**

**Dish Network**
Nonpriority Creditor's Name

**PO Box 94063**
**Palatine, IL 60094-4063**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number  **0666**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify

$231.32

---

**4.15**

**Energy Electric Ind Supply Inc**
Nonpriority Creditor's Name

**PMB 191 PO Box 6017**
**Carolina, PR 00984**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number  **2164**

When was the debt incurred?  **2011-2012**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Debtor is co-debtor. Principal is Rader Electrical Equipment, Inc.**

$23,824.63

---

Debtor 1 MORALES ROSADO, RADAMES & ACOSTA
Debtor 2 GRANIELA, YOLANDA

Case number (if know) 3:16-bk-1645

### 4.16 Firstbank Puerto Rico
Nonpriority Creditor's Name

PO Box 9146
San Juan, PR 00908-0146
Number Street City State Zip Code

Last 4 digits of account number **6254**  $6,733.00

When was the debt incurred? **05/14/2004**

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

### 4.17 Franklin Control System
Nonpriority Creditor's Name

Jose Gonzalez Gonzalez, Esq.
PO Box 12011
San Juan, PR 00914
Number Street City State Zip Code

Last 4 digits of account number **2164**  $2,449.61

When was the debt incurred? **2013**

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Debtor is co-debtor. Principal is Rader Electrical Equipment, Inc.**

### 4.18 Internal Revenue Service
Nonpriority Creditor's Name

PO Box 21126
Philadelphia, PA 19114-0326
Number Street City State Zip Code

Last 4 digits of account number **1152**  $1,917.02

When was the debt incurred?

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Taxes 2013-2014**

Debtor 1 **MORALES ROSADO, RADAMES & ACOSTA**
Debtor 2 **GRANIELA, YOLANDA**   Case number (if know) **3:16-bk-1645**

### 4.19 IRS
Nonpriority Creditor's Name

Last 4 digits of account number **1649**   $5,462.49

When was the debt incurred?

**PO Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **IRS TAXES 2005**

Is the claim subject to offset?
■ No
☐ Yes

### 4.20 IRS
Nonpriority Creditor's Name

Last 4 digits of account number **1649**   $3,349.18

When was the debt incurred?

**PO Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **IRS TAXES 2006**

Is the claim subject to offset?
■ No
☐ Yes

### 4.21 Lighting & Controls Automations
Nonpriority Creditor's Name

Last 4 digits of account number **2164**   $13,750.00

When was the debt incurred? **2008**

**PMB 1115 PO Box 4956**
**Caguas, PR 00726**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Debtor is co-debtor. Principal is Rader Electrical Equipment, Inc.**

Is the claim subject to offset?
■ No
☐ Yes

Debtor 1 MORALES ROSADO, RADAMES & ACOSTA
Debtor 2 GRANIELA, YOLANDA

Case number (if know) 3:16-bk-1645

### 4.22 Lightning Solutions Inc
Nonpriority Creditor's Name

Jardines De Caparra Calle 28 #SS10
Bayamon, PR 00959
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number  2164               $13,430.70
When was the debt incurred?  2014

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Debtor is co-debtor. Principal is Rader Electrical Equipment, Inc.

### 4.23 Makko Construction LLC
Nonpriority Creditor's Name

352 Ave San Claudio PMB 383
San Juan, PR 00926
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number  2164               $8,667.00
When was the debt incurred?  2014

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Debtor is co-debtor. Principal is Rader Electrical Equipment, Inc.

### 4.24 Prime Controls Inc
Nonpriority Creditor's Name

PO Box 1373
Trujillo Alto, PR 00977-1373
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number  2164               $3,069.94
When was the debt incurred?  2014

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Debtor is co-debtor. Principal is Rader Electrical Equipment, Inc.

Debtor 1 **MORALES ROSADO, RADAMES & ACOSTA**
Debtor 2 **GRANIELA, YOLANDA**

Case number (if know) **3:16-bk-1645**

### 4.25 Roger Electric
Nonpriority Creditor's Name

PO Box 3166
Bayamon, PR 00960-3166
Number Street City State Zip Code

Last 4 digits of account number **2164**

When was the debt incurred? **2011-2012**

$102,311.45

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Debtor is co-debtor. Principal is Rader Electrical Equipment, Inc.**

### 4.26 Sears Citibank N A
Nonpriority Creditor's Name

PO Box 6283
Sioux Falls, SD 57117-6283
Number Street City State Zip Code

Last 4 digits of account number **6515**

When was the debt incurred? **Unknown**

$4,170.00

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

### 4.27 Sunbelt Transformer Ltd
Nonpriority Creditor's Name

Riechard & Escalera
PO Box 364148
SAn Juan, PR 00936-4148
Number Street City State Zip Code

Last 4 digits of account number **2164**

When was the debt incurred? **2013**

$37,065.00

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Debtor is co-debtor. Principal is Rader Electrical Equipment, Inc.**

Debtor 1 **MORALES ROSADO, RADAMES & ACOSTA**
Debtor 2 **GRANIELA, YOLANDA**

Case number (if know) **3:16-bk-1645**

---

**4.28 Syncb/Jc Penney Pr**
Nonpriority Creditor's Name

PO Box 965007
Orlando, FL 32896-5007
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number **3357**

When was the debt incurred? **05/01/1990**

$3,142.00

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.29 Syncb/Sams Club**
Nonpriority Creditor's Name

4125 Windward Plz
Alpharetta, GA 30005-8738
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number **6870**

When was the debt incurred? **11/01/2013**

$2,035.00

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.30 Syncb/Sams Club DC**
Nonpriority Creditor's Name

4125 Windward Plz
Alpharetta, GA 30005-8738
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number **3121**

When was the debt incurred? **08/01/2014**

$6,282.00

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1 **MORALES ROSADO, RADAMES & ACOSTA**
Debtor 2 **GRANIELA, YOLANDA**

Case number (if known) **3:16-bk-1645**

---

**4.31**

**Thd/Cbna**
Nonpriority Creditor's Name

**PO Box 6497**
**Sioux Falls, SD 57117-6497**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number **4250**

When was the debt incurred? **10/07/2006**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

**$6,503.00**

---

**4.32**

**Three J. Contractor Inc**
Nonpriority Creditor's Name

**Ivan Alonso Acosta, Esq.**
**PO Box 107**
**Aibonito, PR 00705**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number **2164**

When was the debt incurred? **2014**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Debtor is co-debtor. Principal is Rader Electrical Equipment, Inc.**

**$3,458.68**

---

**4.33**

**United Equipment Corp**
Nonpriority Creditor's Name

**PO Box 190784**
**San Juan, PR 00919-0784**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number **2164**

When was the debt incurred? **2013**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Debtor is co-debtor. Principal is Rader Electrical Equipment, Inc.**

**$3,500.00**

---

Debtor 1 MORALES ROSADO, RADAMES & ACOSTA
Debtor 2 GRANIELA, YOLANDA

Case number (if know) 3:16-bk-1645

| 4.34 | **Warren Electric Corp** | Last 4 digits of account number | 2164 | $2,646.11 |

Nonpriority Creditor's Name

When was the debt incurred? 2014

PO Box 309
Caguas, PR 00726-0309
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Contingent
☐ Debtor 2 only
☐ Unliquidated
■ Debtor 1 and Debtor 2 only
☐ Disputed
☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community debt
☐ Student loans

Is the claim subject to offset?
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify **Debtor is co-debtor. Principal is Rader Electrical Equipment, Inc.**

**Part 3:** List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**A&J Collectio Agency, Inc**
PO Box 1010
Camuy, PR 00627-1010

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.16** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number 6254

Name and Address
**Afni, Inc**
PO Box 3517
Bloomington, IL 61702-3517

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.14** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number 0666

Name and Address
**ARS National Services Inc**
PO Box 469100
Escondido, CA 92046-9100

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.31** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number 4250

Name and Address
**Grant & Weber, Inc**
861 Coronado Center Dr Ste 211
Henderson, NV 89052-3992

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.1** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number 0003

Name and Address
**Grant & Weber, Inc**
861 Coronado Center Dr Ste 211
Henderson, NV 89052-3992

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.2** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number 8598

Name and Address
**Grant & Weber, Inc**
861 Coronado Center Dr Ste 211
Henderson, NV 89052-3992

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.3** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number 0002

Name and Address
**Midland Credit Management, Inc**
2365 Northside Dr Ste 300
San Diego, CA 92108-2709

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.8** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Official Form 106 E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page 13 of 14

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor 1 MORALES ROSADO, RADAMES & ACOSTA
Debtor 2 GRANIELA, YOLANDA

Case number (if known) 3:16-bk-1645

| | |
|---|---|
| Last 4 digits of account number | 8223 |

Name and Address
**Midland Funding**
2365 Northside Dr Ste 30
San Diego, CA 92108-2709

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.9** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

| | |
|---|---|
| Last 4 digits of account number | 3026 |

Name and Address
**Portfolio Rc**
120 Corporate Blvd Ste 1
Norfolk, VA 23502-4962

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.26** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

| | |
|---|---|
| Last 4 digits of account number | 6515 |

**Part 4: Add the Amounts for Each Type of Unsecured Claim**

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

**Total claims from Part 1**

| | | | Total Claim |
|---|---|---|---|
| 6a. | Domestic support obligations | 6a. $ | 0.00 |
| 6b. | Taxes and certain other debts you owe the government | 6b. $ | 7,229.65 |
| 6c. | Claims for death or personal injury while you were intoxicated | 6c. $ | 0.00 |
| 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. $ | 0.00 |
| 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. $ | **7,229.65** |

**Total claims from Part 2**

| | | | Total Claim |
|---|---|---|---|
| 6f. | Student loans | 6f. $ | 0.00 |
| 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. $ | 0.00 |
| 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. $ | 0.00 |
| 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. $ | 445,964.45 |
| 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. $ | **445,964.45** |

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **RADAMES** | **MORALES** **ROSADO** |
| | First Name | Middle Name Last Name |
| Debtor 2 | **YOLANDA** | **ACOSTA** **GRANIELA** |
| (Spouse if, filing) | First Name | Middle Name Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO, SAN JUAN DIVISION | |
| Case number (if known) | 3:16-bk-1645 | |

■ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules           12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____                  X _____
RADAMES MORALES ROSADO                    YOLANDA ACOSTA GRANIELA
Signature of Debtor 1                      Signature of Debtor 2

Date  04-20-16                              Date  _____

```
Label Matrix for local noticing         US Bankruptcy Court District of P.R.    A&J Collectio Agency, Inc
0104-3                                  Jose V Toledo Fed Bldg & US Courthouse  PO Box 1010
Case 16-01645-ESL7                      300 Recinto Sur Street, Room 109        Camuy, PR  00627-1010
District of Puerto Rico                 San Juan, PR 00901-1964
Old San Juan
Fri Apr 22 08:23:58 AST 2016

AA Efcu                                 ABB Inc.                                AKM MFG Inc
PO Box 619001                           221 Ponce De Leon Ave Suite 1203        Nannette Laguna Gonzalez, Esq.
Dallas, TX  75261-9001                  San Juan, PR  00917-1806                Calle 4 Villa Nevarez #303
                                                                                San Juan, PR  00927-5314

ARS National Services Inc               Accurate Solutions & Design             Afni, Inc
PO Box 469100                           PO Box 3745                             PO Box 3517
Escondido, CA  92046-9100               Mayaguez, PR  00681-3745                Bloomington, IL  61702-3517

Att Services                            Banco Popular de Puerto Rico            Banco Santander
PO Box 192830                           Mortgage Servicing Department           PO Box 71504
San Juan, PR  00919-2830                PO Box 362708                           San Juan, PR  00936-8604
                                        San Juan, PR  00936-2708

Caguas Real Home Resort                 Caribbean Glaze Corporation             Chipote Electrical Services Inc
C/O Prestige Property Group, Inc        PO Box 366939                           HC 01 Box 2303
PMB 235 PO Box 4960                     San Juan, PR  00936-6939                Morovis, PR 00687-8202
Caguas, PR  00726-4960

Claro                                   Coro Pumps & Controls Corp              Dish Network
PO Box 360998                           PO Box 260938                           PO Box 94063
San Juan, PR  00936-0998                Pembroke Pines, FL  33026-7938          Palatine, IL  60094-4063

Energy Electric Ind Supply Inc          FIRST BANK                              Firstbank Puerto Rico
PMB 191 PO Box 6017                     CONSUMER SERVICE CENTER                 PO Box 9146
Carolina, PR 00984-6017                 BANKRUPTCY DIVISION (248)               San Juan, PR  00908-0146
                                        PO BOX 9146 SAN JUAN PR, 00908-0146

Franklin Control System                 Grant & Weber, Inc                      (p)INTERNAL REVENUE SERVICE
Jose Gonzalez Gonzalez, Esq.            861 Coronado Center Dr Ste 211          CENTRALIZED INSOLVENCY OPERATIONS
PO Box 12011                            Henderson, NV  89052-3992               PO BOX 7346
San Juan, PR 00914-0011                                                         PHILADELPHIA PA 19101-7346

Lighting & Controls Automations         Lightning Solutions Inc                 Makko Construction LLC
PMB 1115 PO Box 4956                    Jardines De Caparra Calle 28 #SS10      352 Ave San Claudio PMB 383
Caguas, PR 00726-4956                   Bayamon, PR 00959-7620                  San Juan, PR 00926-4143

Midland Credit Management, Inc          Midland Funding                         (p)PORTFOLIO RECOVERY ASSOCIATES LLC
2365 Northside Dr Ste 300               2365 Northside Dr Ste 30                PO BOX 41067
San Diego, CA  92108-2709               San Diego, CA  92108-2709               NORFOLK VA 23541-1067
```

Prime Controls Inc
PO Box 1373
Trujillo Alto, PR 00977-1373

Roger Electric
PO Box 3166
Bayamon, PR 00960-3166

Sears Citibank N A
PO Box 6283
Sioux Falls, SD 57117-6283

Sunbelt Transformer Ltd
Riechard & Escalera
PO Box 364148
SAn Juan, PR 00936-4148

Syncb/Jc Penney Pr
PO Box 965007
Orlando, FL 32896-5007

Syncb/Sams Club
4125 Windward Plz
Alpharetta, GA 30005-8738

Syncb/Sams Club DC
4125 Windward Plz
Alpharetta, GA 30005-8738

Thd/Cbna
PO Box 6497
Sioux Falls, SD 57117-6497

Three J. Contractor Inc
Ivan Alonso Acosta, Esq.
PO Box 107
Aibonito, PR 00705-0107

United Equipment Corp
PO Box 190784
San Juan, PR 00919-0784

Warren Electric Corp
PO Box 309
Caguas, PR 00726-0309

(PBDS) BANCO POPULAR DE PUERTO RICO
PO BOX 362708
SAN JUAN, PR 00936-2708

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET SUITE 301
SAN JUAN, PR 00901

RADAMES MORALES ROSADO
PO BOX 1967
GUAYNABO, PR 00970-1967

ROBERTO FIGUEROA CARRASQUILLO
PO BOX 186
CAGUAS, PR 00726-0186

WIGBERTO LUGO MENDER
LUGO MENDER & CO
CENTRO INTERNACIONAL DE MERCADEO
100 CARR 165 SUITE 501
GUAYNABO, PR 00968-8052

YOLANDA ACOSTA GRANIELA
PO BOX 1967
GUAYNABO, PR 00970-1967

IRS
PO Box 7346
Philadelphia, PA 19101

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114-0326

Portfolio Rc
120 Corporate Blvd Ste 1
Norfolk, VA 23502-4962

End of Label Matrix
Mailable recipients     46
Bypassed recipients      0
Total                   46